IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2000 OCT 27 ⋔ 2: 16

| | | |
|---|---|---|
| JONATHAN GOLDBERG, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. JFM 00-714 |
| BROADWAY SERVICES, INC., | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record today, it is, this 27th day of October, 2000,

ORDERED:

1.    Defendant's motion for summary judgment is granted; and

2.    Judgment is entered in favor of defendant against plaintiff.


J. Frederick Motz
United States District Judge